# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00363-CR

**Stacy Lavette Bryant, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 65641, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The appellant, Stacy Lavette Bryant, has filed a motion to dismiss her appeal. The motion is signed by Bryant and her attorney. *See* Tex. R. App. P. 42.2(a). Accordingly, we grant the motion and dismiss the appeal. *See id.*

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed on Appellant's Motion

Filed: August 12, 2010

Do Not Publish